## THE HOME INSURANCE COMPANY OF NEW YORK V. LEWIS J. COX

No. A-4535. Decided June 23, 1954.
Rehearing overruled July 21, 1954.
(269 S.W. 2d Series 343)

*Thompson and Coe and R. B. Cousins III,* all of Dallas, for petitioner.

*Corsbie, Koehne, Jones, Fulbright & Ponder,* of Waco, for respondents.

JUDGE WILSON delivered the opinion of the Court.

This is a companion case to the case of U.S. Insurance Company of Waco, Texas v. Boyer, ante p. 415. It is governed by the law announced in that case.

Accordingly the judgment of the trial court and that of the Court of Civil Appeals (264 S.W. 2d 340) are reversed and judgment is here rendered that respondent take nothing. The costs are taxed against respondent.

Opinion delivered June 23, 1954.

Rehearing overruled July 21, 1954.